**Motion Granted and Abatement Order filed July 12, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00511-CV

_____

### IN THE ESTATE OF NED THEODORE GORDON, DECEASED

---

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-CPR-022104**

---

## A B A T E M E N T   O R D E R

On May 21, 2012, appellant, Marshall Gordon, filed a notice of appeal from a portion of a judgment signed August 8, 2011, which was purportedly made final and appealable by a final summary judgment signed April 20, 2012. The record has not yet been filed.

On June 19, 2012, appellant filed an opposed motion to abate this appeal pending resolution of his motion to dismiss for want of jurisdiction a related appeal docketed under our case number 14-11-00812-CV, and styled *Patricia Vickery v. Marshall Gordon & Clardy, Davis & Knowles,*. On July 3, 2012, appellee in this case, Patricia Vickery, filed a response in opposition to the motion. Appellee asserts that jurisdiction has not been properly invoked over this appeal, and she will file a motion to dismiss the appeal

after the record has been filed. Appellant contends, however, that the ruling on the pending motion to dismiss in the related appeal may determine whether this appeal will continue. Accordingly, we **GRANT** appellant's motion and issue the following order:

This appeal is ordered **ABATED** until appellant's motion to dismiss filed in case number 14-11-00812-CV has been decided, or until further order of this court. The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the jurisdictional motion filed in case number 14-11-00812-CV has been decided. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM